**SMALL CLAIM COMPLAINT**

**MARYSVILLE MUNICIPAL COURT**

Robert W Hammond III
21785 Boord Rd
Marysville, OH 43040
Phone No. 937-642-6064 **Plaintiff**

vs.

Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch CO 80129
Phone No. 1-800-315-4757 **Defendant**

Case No. 17CVI 301

FILED, MARYSVILLE MUNICIPAL COURT MICHAEL J GRIGSBY, JUDGE 2017 FEB 28 PM 3:44

FILED, MARYSVILLE MUNICIPAL COURT MICHAEL J GRIGSBY, JUDGE 2017 MAR 16 AM 8:38

**To The Clerk:**

Please take notice that a claim is hereby filed against the above defendant(s) and request that they be summoned to appear in Court to answer same.

**STATEMENT OF CLAIM**

☐ ACCOUNT - EXHIBIT A ATTACHED AND MADE A PART HEREOF  ☐ WAGES
☐ OTHER This claim deals with the lenders breech of contract and execution of the contract in bad faith, which has lead to the overpayment of PMI (and the potential for future overpayments), statutory damages and my time related to this case.

WHEREFORE PLAINTIFF PRAYS JUDGMENT AGAINST DEFENDANT IN THE SUM OF $3000, PLUS INTEREST FROM THE 19th DAY OF May 2016 AT THE RATE OF 4 % AND COSTS.

**STATE OF OHIO**      )
                       ) SS
**COUNTY OF UNION**    )

**AFFIDAVIT OF COMPLAINANT'S CLAIM**

Robert W Hammond III, being first duly sworn, on oath states that they are the Plaintiff(s) in the above entitled cause, that the said cause is for the payment of money that the nature of plaintiff's demand is as stated, and that there is due to plaintiff from the defendant the amount stated above; defendant(s) is/are not now in the military or naval service of the United States.

Subscribed and sworn to before this 28th day of Feb, 2017.

~~Clerk~~, Deputy Clerk, ~~Notary Public~~